IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN W. LENTZ,

      Plaintiff,                    No. CIV S-04-2617 LKK DAD P

     vs.

DR. ATHAUASSIOUS, et al.,

      Defendants.              <u>ORDER</u>

/

        On October 4, 2005, the undersigned issued findings and recommendations recommending that this action be dismissed due to plaintiff's failure to file an amended complaint as ordered by the court on August 22, 2005. On October 7, 2005, plaintiff filed a request for a 90-day extension of time to file his amended complaint. Plaintiff explains that he is in administrative segregation lock-up and that he does not have access to his legal work. The court will grant plaintiff a limited extension of time. Plaintiff is advised that he should use the form complaint provided by the court and refer to the court's August 22, 2005 order which sets forth the legal standards applicable to plaintiff's medical care claim. At this stage of the proceeding it is not necessary for plaintiff to conduct extensive legal research or to submit a legal brief in support of his claims. Should plaintiff fail to timely file his amended complaint, the
/////

1

1 | findings and recommendations issued on October 4, 2005 will be referred to the assigned District
2 | Judge for dismissal of this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's October 7, 2005 request for an extension of time is granted in part;

2. Plaintiff is granted forty-five days from the date of this order in which to file an amended complaint; and

3. The Clerk of the Court is directed to provide plaintiff with the court's form complaint for a section 1983 action.

DATED: October 13, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:bb/4
lent2617.36