IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN W. LENTZ,

      Plaintiff,                    No. CIV S-04-2617 LKK DAD P

    vs.

DR. ATHAUASSIOUS, et al.,

      Defendants.           <u>ORDER</u>

_____/

        On October 24, 2005, plaintiff filed a second request for an extension of time to file an amended complaint pursuant to the court's order of August 22, 2005. It appears that plaintiff's request was sent before he received the court's October 14, 2005 order which granted plaintiff a 45-day extension to file his amended complaint.[1] Therefore, plaintiff's pending request for an extension of time will be denied as duplicative.

        Plaintiff is advised that he is not required to submit a legal brief in support of the claims presented in his amended complaint. Instead, plaintiff should allege the facts that support his claims and explain why he believes he is receiving inadequate medical care. The court has

/////

---

[1] Pursuant to the October 14, 2005 order, plaintiff's amended complaint now must be filed by November 28, 2005.

1

previously provided plaintiff with the legal standards applicable to an Eighth Amendment claim, and plaintiff should review those legal standards as he prepares his amended complaint.

Accordingly, IT IS HEREBY ORDERED that plaintiff's October 24, 2005 request for an extension of time is denied without prejudice.

DATED: October 26, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
lent2617.36s