IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN W. LENTZ,

      Plaintiff,                    No. CIV S-04-2617 LKK DAD P

    vs.

DR. ATHAUASSIOUS, et al.,

      Defendants.            <u>ORDER</u>

/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On October 4, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. On October 7, 2005, plaintiff requested additional time to amend his complaint. On October 14, 2005, plaintiff was granted an additional forty-five days to file an amended complaint and was cautioned that failure to do so would result in the findings and recommendations being referred to the undersigned. The time period has now expired and plaintiff has not filed an amended complaint or otherwise responded to the findings and recommendations.

1

1 | The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 4, 2005, are adopted in full; and

2. This action is dismissed without prejudice.  <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

DATED: January 12, 2006.

<u>/s/Lawrence K. Karlton</u>
UNITED STATES DISTRICT JUDGE

/lent2617.800